IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHARRIEFF GAY,<br><br>            Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, Director; A. HEDGEPETH, Warden; J. WALKER; Chief Health Program Manager; K. WALL, Health Care Manager; M. SEPULVEDA, Chief Medical Officer; DR. D. JARDINI;<br><br>            Defendants. | No. C 10-1314 WHA (PR)<br><br>**ORDER TO SHOW CAUSE** |

    In conjunction with the dispositive motion ordered on October 28, 2011, or within thirty days of the date this order is filed, whichever is earlier, defendants shall show cause why plaintiff's motion "requesting voluntary placement and retention on nondisciplinary administrative segregative [sic] status" filed on December 15, 2011, should not be granted.

**IT IS SO ORDERED.**

Dated: December  22 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\GAY1314.OSC.wpd