IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHARRIEFF GAY,<br><br>          Plaintiff,<br><br>     v.<br><br>MATTHEW CATE, Director; A.<br>HEDGEPETH, Warden; J. WALKER;<br>Chief Health Program Manager; K. WALL,<br>Health Care Manager; M. SEPULVEDA,<br>Chief Medical Officer; DR. D. JARDINI;<br><br>          Defendants.<br>                                                          / | No. C 10-1314 WHA (PR)<br><br>**ORDER PROVIDING PLAINTIFF NOTICE AND WARNING; SCHEDULING BRIEFING** |

Plaintiff, a California prisoner pro se, filed this civil rights action under 42 U.S.C. 1983. Defendants have filed a motion to dismiss in which they argue that plaintiff's claims are not exhausted as required by 42 U.S.C. 1997e. Pursuant to *Woods v. Carey*, No. 09-15548, slip op. 7871, 7884-85 (9th Cir. July 6, 2012), plaintiff is given the following notice and warning for a second time:

**If defendants file an unenumerated motion to dismiss for failure to exhaust, they are seeking to have your case dismissed. If the motion is granted it will end your case.**

**You have the right to present any evidence you may have which tends to show that you did exhaust your administrative remedies. Such evidence may be in**

**the form of declarations (statements signed under penalty of perjury) or authenticated documents, that is, documents accompanied by a declaration showing where they came from and why they are authentic, or other sworn papers, such as answers to interrogatories or depositions.**

**If defendants file a motion to dismiss and it is granted, your case will be dismissed and there will be no trial.**

*See also Wyatt v. Terhune*, 315 F.3d 1108, 1120 n. 4 (9th Cir. 2003).

Plaintiff may supplement his opposition to defendants' motion on or before **August 1, 2012.** Defendants **shall** file a supplemental reply brief within **7 days** of the date any supplemental opposition is filed. If plaintiff does not supplement his opposition, defendants' motion will be decided on the papers that have already been filed.

**IT IS SO ORDERED.**

Dated: July  10 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\GAY1314.WOODSFTE.wpd

2